## Barnett v. Gordon.

APPEAL from Bridgeport City Court.

Tried before the Hon. WM. L. STEPHENS.

J. E. BROWN, for appellant.

J. B. ASHLEY, *contra*.

Action of trover by the appellee against the appellant. There was judgment for the plaintiff. Defendant appeals. Judgment affirmed.

Opinion by HEAD, J.